```
 1  PATRICK L. FORTE #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorney for Debtors

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  In re:                              Case No. 11-40493 WJL

11  DONALD JOSEPH DI CLEMENTI and       Chapter 13
    LAURA MICHELLE DI CLEMENTI,
12                                      MOTION TO AVOID JUDICIAL LIEN
                  Debtors.              IMPAIRING EXEMPTION AND NOTICE
13  _____/    OF DEADLINE TO REQUEST A HEARING

14       TO: *GCFS, Inc.*

15       The real property, which is the subject of this motion, is the

16  Debtors' principal place of residence and is located at 26581 Joshua

17  Street, Hayward, CA 94544. On January 13, 2011, GCFS, Inc., caused to be

18  recorded an Abstract of Judgment, number 2011020320, with the Alameda

19  County Recorder's Office in the sum of $20,378.67, attached hereto as

20  Exhibit A. The lien impairs the Debtors' ability to exempt the real

21  property under C.C.P. §703.140(b)(1).

22       Debtors hereby move the Court for an order pursuant to 11 U.S.C.

23  Section 522(f)(1)(A) avoiding the lien of GCFS, Inc. on their real

24  property.  Debtors are entitled to an order avoiding the lien on the

25  grounds that the lien is a judicial lien which impairs an exemption to

26  which debtors are otherwise entitled.
```

**PLEASE TAKE NOTICE:**

(i)  That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty-one (21) days of mailing of this notice;

(ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

WHEREFORE, debtors request that an Order be entered avoiding the judicial lien of GCFS, Inc.

Dated: June 10, 2011         /s/ Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtors