```
PATRICK L. FORTE #80050
CORRINE BIELEJESKI #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-40493 RN** |
| **DONALD JOSEPH DI CLEMENTI and LAURA MICHELLE DI CLEMENTI,** | **Chapter 13** |
| Debtors. _____/ | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 10, 2011 I served the within;

**MOTION TO AVOID JUDICIAL LIEN IMPAIRING EXEMPTION AND NOTICE OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee**          **U. S. Trustee**

and on the below-named in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer or Managing Agent
GCFS, Inc.
PO Box 3470
Paso Robles, CA 93447
///

///

Certificate of Service                                              Page 1 of 2

```
1   Attn: Officer or Managing Agent
    GCFS, Inc.
2   C/o Koene R. Graves
    4301 Secondwind Way
3   Paso Robles, CA 93446

4   and on the below-named in this action by placing a true copy thereof in
    a sealed envelope with postage thereon fully paid in the United States
5   Mail at Oakland, CA addressed as follows:

6   Attn: Officer
    GCFS, Inc.
7   PO Box 3470
    Paso Robles, CA 93447-3470
8

9        I declare under penalty of perjury under the laws of the State of
    California that the foregoing is true and correct.
10

11  Dated: June 10, 2011                /s/ Joe P. Segura
                                        JOE P. SEGURA
```

Certificate of Service                                          Page 2 of 2